FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

98 APR 23 PM 12: 21

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JESSE COOLEY, JR., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 98-N-0174-W |
| JAMES BARNUM MORRISONS MANAGER, | ) | |
| Defendants. | ) | |

ENTERED
APR 23 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 6, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on April 15, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 23rd day of April, 1998.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

11